# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ERNEST EDSEL | § § | |
| v. | § § § | CIVIL ACTION NO. 3:21-CV-1556-S-BN |
| TRAVIS W. BERKLEY, et al. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 16]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Ernest Edsel's Emergency Motion for Leave to File: 28 U.S.C §§ 1651, 2283 Motion for Injunctive Relief and for Shortened Local Rule 7.1(e) Time for Response; and, Motion to Show Cause and for Attorney Discipline [ECF No. 14] in its entirety.

**SO ORDERED.**

SIGNED September 24, 2021.

*[signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**